# 832 CASES REPORTED WITH BRIEF SYLLABI.

PIERCE, BUTLER & PIERCE MANUFACTURING CORPORATION, Appellant, v. LEON N. COOPER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY INGENITO, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

WILLIAM ROMPS, Respondent, v. MARGARET ROMPS, Appellant.— Interlocutory judgment reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. Finding of fact V, and so much of VI as finds that Rocco Tirello, defendant's husband, is alive, and that the marriage between defendant and said Rocco Tirello is still in force and effect, and conclusions of law I to III, inclusive, reversed on the ground that they are against the weight of the evidence. The burden was upon plaintiff to establish that defendant's first husband was alive at the time of her marriage to plaintiff, and he cannot rely upon the presumption of life as against the presumption of innocence and validity of the marriage which he seeks to annul. (*Palmer* v. *Palmer*, 162 N. Y. 130; *Matter of Meehan*, 150 App. Div. 681; *Smith* v. *Smith*, 112 Misc. Rep. 371.) Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur. Settle order on notice.

ROCCO SIMONETTA, Respondent, v. FILIPPO LINSALATA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of Supplementary Proceedings: ISIDORE SOLOMON, Appellant, v. PHILIP SUFFIN, Respondent.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. The amendment of the Laws of 1923, chapter 384, to section 778 of the Civil Practice Act, authorizing the institution of supplementary proceedings upon a judgment recovered in the Municipal Court of the City of New York, before the county judge of the county in which such Municipal Court district is located, did not affect the provisions of section 787 of the Civil Practice Act, which provides that the judgment debtor or other person required to attend and be examined cannot be compelled to attend at a place without the county of his residence. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

RAYMOND I. SURESKY, Respondent, v. CASE-KANE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

WOOLF INSTRUMENT CORPORATION, Respondent, v. MICHAEL WOOLF and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.